**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **VALERO MARKETING AND SUPPLY COMPANY,** | § § § | |
| *Plaintiff*, | § § | |
| **v.** | § § | **C.A. No. 4:25-cv-6311** |
| **BUNKER ONE (USA), INC.** | § § | |
| *Defendant.* | § | |

**JOINT ADVISORY TO THE COURT REGARDING SELECTION OF MEDIATOR**

Plaintiff Valero Marketing and Supply Company and Defendant Bunker One (USA), Inc. jointly advise the Court, in accordance with the Court's May 14, 2026 Order (Doc. 15), that counsel have conferred and jointly agree that this case can be referred for mediation to Robins Brice of Miles Mediation & Arbitration in Houston, Texas. The parties are working with Mr. Brice's office to secure a mutually convenient date and will promptly advise the Court once the mediation is scheduled.

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP

By: */s/ Dimitri P. Georgantas*
Dimitri P. Georgantas
Texas State Bar No. 07805100
Federal I.D. No. 2805
Blake E. Bachtel
Texas State Bar No. 24116055
Federal I.D. No. 3479533
1600 Smith Street, Suite 5000
Houston, Texas 77002-7380
Telephone: (713) 224-8380
Facsimile:  (713) 225-9545
dimitri.georgantas@roystonlaw.com
blake.bachtel@roystonlaw.com

**ATTORNEYS FOR DEFENDANT
BUNKER ONE (USA) INC.**

BLANK ROME LLP

By: */s/ Keith B. Letourneau\**
Keith B. Letourneau
Texas State Bar No. 00795893
Federal I.D. No. 20041
Zachary R. Cain
Texas State Bar No. 24078297
Federal I.D. No. 1829905
717 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 228-6601
Facsimile: (713) 228-6605
kletourneau@blankrome.com
zcain@blankrome.com

**ATTORNEYS FOR PLAINTIFF
VALERO MARKETING AND SUPPLY
COMPANY**

\*signed with permission

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2026, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure, via the CM/ECF system, which will automatically serve a notice of electronic filing, and/or electronic mail and/or by depositing in the United States Mail, postage prepaid and properly addressed to all known counsel of record.

*/s/ Dimitri P. Georgantas*
Dimitri P. Georgantas

68119:49301941                                    2